# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10CR103 |
| vs. | ) | |
| | ) | |
| LEE A. WEINSTEIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS [38]. The government filed a Notice of Compliance [28] showing that Rule 16 discovery was completed on March 31, 2010. Pretrial motions were originally due April 13, 2010. Defendant has been given three previous extensions of time on April 13, 2010 [30], April 28, 2010 [33] and May 27, 2010 [35]. No further extensions will be granted.

**IT IS ORDERED:**

1. Defendant's MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS [38] is denied.

2. A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

DATED this 18th day of June, 2010.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**