IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:10CR103 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| LEE A. WEINSTEIN, ) | |
| ) | |
| Defendant. ) | |

This case is before the court on the defendant's Motion for Review of Detention (#46).  The defendant moves the court for an order releasing the defendant to live at a house owned by his family at 627 South 36th Street in Omaha, Nebraska.  After reviewing the March 9, 2010 Pretrial Services report, the court's March 12, 2010 Order of Detention (#13), said order being entered after a contested hearing on detention, and after having received recommendations of continued detention from the supervising Pretrial Services officer, and the assistant United States attorney assigned to the case, I find the motion should be denied.

The proposed placement fails to address the court's concerns as set out in the March 12, 2010 Order of Detention and fails to rebut the presumption of detention under 18 U.S.C. § 3142(e).

**IT IS ORDERED** that the defendant's Motion for Review of Detention (#46) is denied without hearing.

Dated this 3rd day of August 2010.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge