IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>             Plaintiff,                        )<br>                                                              )<br>     v.                                                  )<br>                                                              )<br>LEE A. WEINSTEIN,                        )<br>                                                              )<br>             Defendant.                    )<br>                                                              ) | 8:10CR103<br><br>**ORDER OF RECUSAL**<br>**REQUEST FOR REASSIGNMENT** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 6th day of October, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge