IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
IN RE:

MAIN ST. PROPERTIES, LLC,           )
                                    )
        Petitioner/Intervenor,      )       8:10CV395
_____ )
UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )       8:10CR103
                                    )
        v.                          )
                                    )
LEE A. WEINSTEIN,                   )       ORDER
                                    )
        Defendant.                  )
_____ )
```

This matter is before the Court on the petition filed in 8:10CV395 (Filing No. 1).  The Court notes the petition is a claim asserting an interest in certain property to be forfeited in 8:10CR103 and should have been docketed in that action.  Accordingly,

IT IS ORDERED that the complaint (Filing No. 1), and the Indexes (Filing Nos. 2 and 3) should be transferred to 8:10CR103, United States of America v. Lee A. Weinstein, and 8:10CV395 should be terminated.  The pleadings should be deleted from 8:10CV395 and only this order will remain in the civil case.

DATED this 20th day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court