IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )          8:10CR103
                                   )
        v.                         )
                                   )
LEE A. WEINSTEIN,                  )      ORDER NUNC PRO TUNC
                                   )
                Defendant.         )
_____)
```

This matter is before the Court on **defendant's** motion to seal (Filing No. 95).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that **defendant's** motion to seal is granted.  The pleading to which **defendant** refers shall remain sealed pending further order of the Court.

DATED this 10th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court