IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>LEE WEINSTEIN<br>　　　　Defendant. | Case No. **8:10 CR 103-001**<br><br>**MOTION TO TERMINATE<br>SUPERVISED RELEASE** |

　　COMES NOW the Defendant, Lee Weinstein, by and through his counsel of record, and files this Motion to Terminate Supervised Release under pursuant to 18 U.S.C. §3583(e). In support of said motion, counsel for Mr. Weinstein states as follows:

1. On September 3, 2010, Defendant plead guilty to counts I and II of the Information.

2. The period of supervised release is five (5) years on Count I of the Information and three (3) years on Count II of the Information to run concurrently.

3. The five-year period of supervised release commenced on May 28, 2015.

4. Since the period of supervised release began, Defendant has not violated any terms or conditions of his release.

5. Over the last several years, Defendant has taken the time to volunteer with the Salvation Army within the Omaha metro.

6. Jessica Talmon of the Omaha Salvation Army's Divisional Program Department wrote a letter of support on behalf of Defendant, which is attached hereto.

7. Due to Defendant's conduct over the last four years as well as the interest of justice, Mr. Weinstein merits termination of his supervised release pursuant to 18 U.S.C. §3583(e).

　　WHEREFORE, the Defendant prays and respectfully requests that the Court terminate his period of supervised release. If the Government objects to this motion, the Defendant requests a hearing on this matter pursuant to Federal Rule of Criminal Procedure 32.1(c).

Respectfully Submitted,

By: /s/ Christopher J. Roth
Christopher J. Roth, #24593
ROTH WEINSTEIN, LLC
1213 Jones St.
Omaha, NE 68102
Ph: (402) 800-6690
Fx: (402) 615-6223
*Attorney for Defendant*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of July, 2019 he filed this document using the Court's electronic ECF system which sent an electronic copy of the foregoing to all attorneys of record in the case:

Andrea E. Belgau, U.S. Attorney's Office

/s/ Christopher Roth
Christopher Roth